FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2022 JUL 13 PM 5: 07

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 2:22-cr-68-TPB-NPM
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)

GIOVANNI FRANCOIS
a/k/a "Geovanni Francois"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 25, 2022, in the Middle District of Florida, the defendant,

GIOVANNI FRANCOIS,
a/k/a "Geovanni Francois"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

Possess with Intent to Sell, Deliver, Manufacture Controlled Substance on or about January 23, 2019;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Smith and Wesson, 9mm semi-automatic pistol, and 9mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about January 25, 2022, in the Middle District of Florida, the defendant,

GIOVANNI FRANCOIS,
a/k/a "Geovanni Francois"

did knowingly and intentionally possess with the intent to distribute a controlled substance, which violation involved 28 grams or more of a mixture and substance containing a detectable amount of Cocaine Base, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT THREE

On or about January 25, 2022, in the Middle District of Florida, the defendant,

GIOVANNI FRANCOIS,
a/k/a "Geovanni Francois"

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about January 25, 2022, in the Middle District of Florida, the defendant,

GIOVANNI FRANCOIS,
a/k/a "Geovanni Francois"

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of 3, 4 Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about January 25, 2022, in the Middle District of Florida, the defendant,

GIOVANNI FRANCOIS,
a/k/a "Geovanni Francois"

did knowingly possess a firearm, to wit, a Smith and Wesson pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, possession with intent to distribute a controlled substance.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One and Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

3

2. Upon conviction of a violation of 18 U.S.C. § 922(g) and/or 924(c), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation., the defendant

4. The property to be forfeited includes, but is not limited to, the a Smith and Wesson 9mm caliber pistol, and ammunition.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Mark R. Morgan
Assistant United States Attorney

By: *[signature]*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Fort Myers Division

## THE UNITED STATES OF AMERICA

vs.

### GIOVANNI FRANCOIS,
a/k/a "Geovanni Francois"

## INDICTMENT

Violations:  18 U.S.C. § 922(g)(1)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)

A true bill,

███████████████

_____Foreperson_____

Filed in open court this 13th day of July, 2022.

_____
Clerk

Bail $_____

GPO 863 525